United States District Court
Southern District of Texas
**ENTERED**
April 19, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Criminal No. |
| | | 1:19-MJ-468-02 |
| Ashley Rene Resendiz | § | |

## ORDER OF DETENTION PENDING TRIAL

On **April 19, 2019,** defendant and her counsel submitted a **Waiver of Detention Hearing**.

The Court adopts the assessment of non-appearance and the assessment of danger as listed in the Pretrial Service Report **and finds the presumption of dangerousness and risk of flight that arises in this case has not been overcome.** It is ORDERED that the defendant be detained without bond pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Done at Brownsville, Texas this 19th day of April, 2019.

_____
Ignacio Torteya, III
United States Magistrate Judge