UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 9 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **WAIVER OF PRELIMINARY** |
| VS | | **EXAMINATION** |
| | § | (Rule 5, Fed.R.Crim.P.) |
| Ashley Rene Resendiz | § | Case No. 1:19-mj-00468-2 |

I, Ashley Rene Resendiz, charged in a **complaint** pending in this District with Possession of marijuana w/intent to distribute in violation of 21 USC 841 & 846, and having appeared before this Court and been advised of my rights as required by Rule 5, Fed.R.Crim.P., including my right to have a preliminary examination, do hereby waive my right to a preliminary examination.

X Ashley Resendiz
Defendant

_____
Counsel for Defendant

DATE: 4/19/19