UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 9 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **WAIVER OF DETENTION HEARING** |
| | § | |
| Ashley Rene Resendiz | § | Case No. 1:19-mj-00468-2 |

Defendant _Ashley Rene Resendiz_ is currently detained in the Southern District of Texas pending the above-styled cause of action. After careful consideration, Defendant wishes to waive the right to a detention hearing pursuant to Title 18 U.S.C. § 3142.

X _____
Defendant

_____
Counsel for Defendant

DATE: 4/19/19